# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| In re: ) <br><br> FLOORING SOLUTIONS, INC. ) <br><br> *Debtor.* ) <br><br> JANET M. MEIBURGER, TRUSTEE, ) <br><br> *Plaintiff,* ) <br> v. ) <br><br> ARCHITECTURAL CERAMICS, ) <br><br> *Defendant.* ) | Civil No. 1:18-cv-415 <br> Hon. Liam O'Grady |

## ORDER

This matter comes before the Court upon the Report and Recommendation issued by United States Bankruptcy Judge Brian F. Kenney ("Recommendation") on January 12, 2018. *See* Dkt. 2. This matter was transmitted to this Court on April 13, 2018. *See* Dkt. 1. Pursuant to Bankruptcy Rule 9033(b), the deadline for submitting any objections to the Recommendation was January 26, 2018. No objection was filed.

Thus, after reviewing the record and Judge Kenney's Recommendation and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the Recommendation (Dkt. 2) in full.

Therefore, it is hereby **ORDERED** that Plaintiff Janet M. Meiburger, Trustee's Motion for Default Judgment against Defendant Architectural Ceramics is **GRANTED**.

It is **ORDERED** that judgment is hereby entered in favor of Plaintiff Janet M.

Meiburger, Trustee and against Defendant Architectural Ceramics, in the amount of Seven

Thousand Dollars ($7,000.00), to include post-judgment interest at the federal rate as provided in

28 U.S.C. § 1961.

The Clerk of Court is direct to enter judgment as set forth above pursuant to Rule 55 of

the Federal Rules of Civil Procedure.

It is **SO ORDERED**.

June 6, 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge